

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE SHERWIN-WILLIAMS COMPANY, f/k/a SHERWIN-WILLIAMS AUTOMOTIVE FINISHES CORP.,<br><br>   Plaintiff,<br>vs.<br><br>JB COLLISION SERVICES, INC., dba J&M AUTOBODY, and d/b/a EL DORADO COLLISION; and DOES 1 through 10, inclusive,<br><br>   Defendants.<br>AND RELATED COUNTER-CLAIMS<br><br>THE SHERWIN-WILLIAMS COMPANY, f/k/a SHERWIN-WILLIAMS AUTOMOTIVE FINISHES CORP.,<br><br>   Plaintiff,<br>vs.<br><br>JJT, INC. d/b/a JOHN'S COLLISION CENTER; JOHN TYCZKI, and individual; and DOES 1 through 10, inclusive,<br><br>   Defendants.<br>AND RELATED COUNTER-CLAIMS | Case No.: 13-CV-1946 LAB (WVG)<br>*Consolidated with*<br>Case No.: 13-CV-1947 LAB (WVG)<br><br>**VERDICT FORM** |

## Sherwin-Williams's Breach of Contract Claim Against JB Collision Services

Do you find that Sherwin-Williams proved by a preponderance of the evidence that: (1) JB Collision Services breached the JB Supply Agreement, AND (2) Sherwin-Williams substantially performed its duties under the JB Supply Agreement?

Circle:

**(YES)**   NO

If you answer "YES," you have found for Sherwin-Williams on this claim. What are Sherwin-Williams's damages?

Damages:   $ 265,990.49

_____   \_\_11/23/15\_\_
Presiding Juror                              Date

After all verdict forms have been completed and signed, notify the bailiff that you are ready to present your verdict in the courtroom.

1

## Sherwin-Williams's Breach of Contract Claim Against JJT

Do you find that Sherwin-Williams proved by a preponderance of the evidence that: (1) JJT breached the JJT Supply Agreement, AND (2) Sherwin-Williams substantially performed its duties under the JJT Supply Agreement?

Circle:

**YES** (circled)   NO

If you answer "YES," you have found for Sherwin-Williams on this claim. What are Sherwin-Williams's damages?

Damages: $ 108,478.21

_R. Fox_          11/23/15
Presiding Juror          Date

2

## Sherwin-Williams's Breach of Contract Claim Against John Tyczki

Did John Tyczki promise to pay Sherwin-Williams the damages, if any, you found to be owed to Sherwin-Williams?

Circle:

**(YES)**    NO

If you answer "YES," you have found for Sherwin-Williams on this claim in the amount of the damages you entered in response to Sherwin-Williams's breach of contract claim against JJT.

_R. Fox_  
Presiding Juror

_11/23/15_  
Date

3

## JB Collision's Breach Of Contract Claim Against Sherwin-Williams

Do you find by a preponderance of the evidence that: (1) Sherwin-Williams breached the JB Collision Supply Agreement; AND (2) JB Collision substantially performed all of its obligations under the JB Collision Agreement?   Circle One:

YES        (NO)

If you answer "YES," you have found for JB Collision. What are JB Collision's damages?

Damages:     $ 0

_R. Fox_                              _11/23/15_
Presiding Juror                       Date

4

## JJT's Breach of Contract Claim Against Sherwin-Williams

Do you find by a preponderance of the evidence that: (1) Sherwin-Williams breached the JJT Supply Agreement; AND (2) JJT substantially performed all of its obligations under the JJT Agreement?

Circle One:

YES    (NO)

If you answer "YES," you have found for JJT. What are JJT's damages?

Damages:    $ 0

_____     11/23/15
Presiding Juror                 Date

5

## Fraud/Concealment Claim Against Sherwin-Williams

Do you find by a preponderance of the evidence that Sherwin-Williams committed fraud/concealment?

Circle One:

**(YES)**   NO

If you answer "YES," you have found for JB Collision, JJT, and/or John Tyczki. What are JB Collision, JJT, and/or John Tyczki's damages?

Damages:   $ 750,000.—

If you answered "YES" above, do you find by clear and convincing evidence that Sherwin-Williams' conduct constituted malice, oppression, or fraud?

Circle One:

YES   **(NO)**

If "YES," please state the amount of punitive damages you award to JB Collision, JJT, and/or John Tyczki.

Punitive Damages:   $ 0

_____   11/23/15
Presiding Juror            Date

6

## Intentional Misrepresentation Claim Against Sherwin-Williams

Do you find by a preponderance of the evidence that Sherwin-Williams made an intentional misrepresentation?

Circle One:

**YES** (circled)    NO

If you answer "YES," you have found for JB Collision, JJT, and/or John Tyczki. What are JB Collision, JJT, and/or John Tyczki's damages?

Damages:    $ 1,250,000.—

If you answered "YES" above, do you find by clear and convincing evidence that Sherwin-Williams' conduct constituted malice, oppression, or fraud?

Circle One:

YES    **NO** (circled)

If "YES," please state the amount of punitive damages you award to JB Collision, JJT, and/or John Tyczki.

Punitive Damages:    $ 0

_____        11/23/15
Presiding Juror                Date

7

## Negligent Misrepresentation Claim Against Sherwin-Williams

Do you find by a preponderance of the evidence that Sherwin-Williams committed negligent misrepresentation?

Circle One:

(YES)     NO

If you answer "YES," you have found for JB Collision, JJT, and/or John Tyczki.

What are JB Collision, JJT, and/or John Tyczki's damages?

Damages:    $ 1,250,000.—

_____     11/23/15
Presiding Juror             Date

8

## Unjust Enrichment Claim Against Sherwin-Williams

Do you find by a preponderance of the evidence that Sherwin-Williams was unjustly enriched by JB Collision, JJT, and/or John Tyczki?

Circle One:

YES   **(NO)**

If you answer "YES," you have found for JB Collision, JJT, and/or John Tyczki.

What are JB Collision, JJT, and/or John Tyczki's damages?

Damages:   $ 0

_____   11/23/15
Presiding Juror                    Date

9