# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE SHERWIN-WILLIAMS COMPANY,<br><br>    Plaintiff,<br><br>  vs.<br><br>JB COLLISION SERVICES, INC. et al.,<br><br>    Defendants. | CASE NO. 13cv1946-LAB (WVG)<br><br>**ENTRY OF JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** pursuant to the jury verdict entered on November 24, 2015 (DE 266) that judgment is entered in favor of Plaintiff, The Sherwin-Williams Company and against Defendant JB Collision Services, Inc. in the amount of $265,970.49; in favor of Plaintiff, The Sherwin-Williams Company and against Defendants JJT, Inc. and John Tyczki in the amount of $108,478.21; and in favor of Defendants JB Collision Services, Inc., JJT, Inc., and John Tyczki against Plaintiff, The Sherwin-Williams Company in the amount of $3,250,000.00.

**IT IS SO ORDERED**.

DATED: January 7, 2016

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge