# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE SHERWIN-WILLIAMS COMPANY,<br><br>    Plaintiff,<br><br>    vs.<br><br>JB COLLISION SERVICES, INC., et al.,<br><br>    Defendants. | CASE NO. 13cv1946-LAB (WVG)<br><br>**ORDER ON DEFENDANTS'** *EX PARTE* **APPLICATION TO STAY EXECUTION (DOCKET NO. 293)** |

Defendants' *ex parte* application to stay execution (Docket no. 293) is **GRANTED** for the reasons stated in the Court's order on Plaintiff's application. (Docket no. 294.)

**IT IS SO ORDERED**.

DATED: January 26, 2016

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge