**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FEB 14 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| THE SHERWIN-WILLIAMS COMPANY, FKA Sherwin-Williams Automotive Finishes Corp., <br><br> Plaintiff-counter-defendant-Appellee, <br><br> v. <br><br> JB COLLISION SERVICES, INC., DBA El Dorado Collision, DBA J & M Autobody; JJT, INC., DBA John's Collision Center; JOHN TYCZKI, an individual, <br><br> Defendants-counter-claimants-Appellants. | No. 16-56566 <br><br> D.C. Nos. <br> 3:13-cv-01946-LAB-WVG <br> 3:13-cv-01947-LAB-WVG <br> Southern District of California, San Diego <br><br> ORDER |
| THE SHERWIN-WILLIAMS COMPANY, FKA Sherwin-Williams Automotive Finishes Corp., <br><br> Plaintiff-counter-defendant-Appellant, <br><br> v. <br><br> JB COLLISION SERVICES, INC., DBA El Dorado Collision, DBA J & M Autobody; JJT, INC., DBA John's Collision Center; JOHN TYCZKI, an individual, <br><br> Defendants-counter-claimants-Appellees. | No. 16-56588 <br><br> D.C. Nos. <br> 3:13-cv-01946-LAB-WVG <br> 3:13-cv-01947-LAB-WVG |

1

Before:  D.W. NELSON, CALLAHAN, and OWENS, Circuit Judges.

The parties are requested to confer and inform the Clerk in writing within 14 days whether they accept or decline the offer to proceed to mediation.  If the parties opt to mediate, the court will vacate submission and refer the parties to mediation.