# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| THE SHERWIN-WILLIAMS COMPANY, | CASE NO. 13cv1946-LAB (WVG) |
|---|---|
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO DISMISS [Dkt. 376]** |
| vs. | |
| JB COLLISION SERVICES, INC. et al., | |
| Defendants. | |

The parties' joint motion to dismiss is **GRANTED**. Dkt. 376. All claims, cross-claims, and counter-claims associated with this case are **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and fees. FRCP 41(a). Magistrate Judge Michael Berg shall retain jurisdiction for one year to resolve disputes arising from the parties' settlement agreement.

**IT IS SO ORDERED**.

DATED: September 12, 2019

_____
**HONORABLE LARRY ALAN BURNS**
Chief United States District Judge